

ZACHARY W. CARTER
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

Iván A. Méndez, Jr.
*Assistant Corporation Counsel*
Phone (212) 356-2450
Fax (212) 356-8760
Email imendez@law.nyc.gov

March 15, 2019

**By ECF**

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12B
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
3/18/19   John G. Koeltl, U.S.D.J.

Re:   Luc R. Pierre v. The City of New York et al., 17 Civ. 5782 (JGK)

Dear Judge Koeltl:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants in the above-referenced action. I write, with the consent of plaintiff's counsel, to respectfully request that the defendants' deadline for making their motion for summary judgment be adjourned by two weeks, from March 21, to April 4, 2019, and that plaintiff's deadline for filing his response, and the defendants' deadline to file their reply, be similarly extended by two weeks, from April 29 to May 13, and from May 10 to May 24, 2019, respectively. This is the defendants' first such request, and the requested extension of time will not affect any other scheduled deadlines.

      As the Court may recall, on the date of the pre-motion conference defendants received four out of the seven transcripts of the depositions of the defendants and one non-party. The final three outstanding transcripts were received on February 11th, and provided to the parties for correction shortly thereafter. The transcript errata for most of the transcripts were returned to me earlier this week. In addition, last Thursday I was required to file a motion for summary judgment in Enyia v. Health & Hospitals, 16 Civ. 6344, currently pending before the Honorable Ronnie Abrams, and by March 29, I must move for summary judgment in a 2013 State Court action, Lin v. DOE, Index No. 101166/13. This, together with extremely burdensome discovery in Coleman v. City of NY, 17 Civ. 7265 (S.D.N.Y.), where discovery is set to close in one month, necessitate that I request two additional weeks to draft the defendants' motion papers. As noted above, plaintiff consents to the requested modification of the briefing schedule.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3-18-19

Defendants thank the Court for its consideration of this request.

Respectfully submitted,

_____
Assistant Corporation Counsel

cc:   LAW OFFICES OF K.C. OKOLI, P.C.
    Att: Kenechukwu Chudi Okoli
    (By ECF)