USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/19

LAW OFFICES OF K.C. OKOLI, P.C.
330 SEVENTH AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10001
(212) 564-8152

TELECOPIER (212) 268-3443

May 13, 2019

**Via ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12B
New York, New York 10007-1312

APPLICATION GRANTED
SO ORDERED

_____
John G. Koeltl, U.S.D.J.

5/14/19.

Re:     *Luc R. Pierre v. City of New York, et al.*
        *17-CV-05782 (JGK) (KNF)*

Dear Judge Koeltl:

I am attorney for the plaintiff in the above-referenced matter. I write with the consent of Ivan A. Mendez, Jr., counsel for the defendants to respectfully request that Plaintiff's time deadline for serving and filing his response to the motion for summary judgment be extended for seven days from May 13, 2019 until Monday, May 20, 2019.

I am a solo practitioner and have had to write a few memoranda of law which were due for filing within the time when Defendants served me with their motion papers for summary judgment herein. One of them was in *Okolo v. Cross River State Government*, which was filed in the Southern District of New York on April 22, 2019. Another was a response to Defendants' motion for summary judgment in *Onyiah v. St. Cloud State University*, the United States District Court for the District of Minnesota which was filed on May 3, 2019. There were also a number of outstanding discoveries which needed attention and court conferences in addition to routine communications and consultations with clients.

This is Plaintiff's first application for extension of time to respond to the motion for summary judgment in this action.

Very truly yours,

/s/
K.C. Okoli

cc:     Ivan A. Mendez, Jr.
        Assistant Corporation Counsel