

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

**Iván A. Méndez, Jr.**
*Assistant Corporation Counsel*
Phone: (212) 356-2450
Fax: (212) 356-8760
Email: imendez@law.nyc.gov

May 31, 2019

**By ECF**

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12B
New York, NY 10007-1312

      Re:    <u>Luc R. Pierre v. The City of New York et al.,</u> 17 Civ. 5782 (JGK)

Dear Judge Koeltl:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants in the above-referenced action. I write, with the consent of plaintiff's counsel, to respectfully request that the defendants' deadline for filing their reply papers in further support of their motion for summary judgment be extended from June 3 to June 17, 2019. This is the defendants' first request for an extension of their time to file reply papers. The requested adjournment will not affect any other scheduled deadlines. The requested extension of time is necessary due to the recent departure of several attorneys from my Division, and the reassignment of their cases, which have consumed much of my time during the past two weeks.

      I thank the Court for its consideration of this request.

      Respectfully submitted,

      Assistant Corporation Counsel

cc:    LAW OFFICES OF K.C. OKOLI, P.C.
      Att: Kenechukwu Chudi Okoli
      (By ECF)