# EXHIBIT P

From: Cox, James
Sent: Wednesday, February 24, 2016 2:45 PM
To: #BLA-Law & Adjustment <#BLA-Law&Adjustment@comptroller.nyc.gov>; #ENG-Engineering <#ENG-Engineering@comptroller.nyc.gov>
Subject: Announcement - Property Damage Division Chief

We are very pleased to announce that Judith Brusgard has been selected to be the Chief of the Property Damage Division. Having started her career in Property Damage in 1988, Judith brings a significant amount of experience to the position. Please join us in congratulating Judith on her promotion.

**************************************************************

Sent from the New York City Office of the Comptroller. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. This footnote also confirms that this email message has been swept for the presence of computer viruses.

***Please consider the environment before printing this email***

**************************************************************