UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------

LUC R PIERRE,

              Plaintiff,        17-cv-5782 (JGK)

    - against -

                               ORDER

CITY OF NEW YORK ET AL.,

              Defendants.
--------------------------------

JOHN G. KOELTL, District Judge:

    The Clerk is directed to close docket numbers 57 and 61 because those applications are now moot.

SO ORDERED.

Dated:    New York, New York
         August 7, 2019

                                              John G. Koeltl
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 8/8/19