**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LUC R. PIERRE,

                Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------X

17 CIVIL 5782 (JGK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 21, 2020, the defendants' motion for summary judgment dismissing this action is granted; the Complaint is dismissed and, this case is closed.

**Dated:** New York, New York
          January 21, 2020

                                      RUBY J. KRAJICK
                                         Clerk of Court

BY:

                                         Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/21/2020